JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R.C.,<br>Plaintiff,<br>v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>Defendant. | Case No. 2:20-cv-10475-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's final decision is **AFFIRMED** and that this case is **DISMISSED** with prejudice consistent with this Court's Order.

DATED: 5/24/2022

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge